# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5066

**Roor International BV and Sream, Inc.**

Plaintiff

vs.

**VIP Smoke Shop, Inc., d/b/a VIP Skokie and Aiman Shahin**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Amended Complaint for Injunctive Relief and Damages; Exhibit(s)**

PARTY SERVED: **AIMAN SHAHIN**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **AIMAN SHAHIN.**

DATE & TIME OF DELIVERY: **04/01/2020 at 4:45 PM**

ADDRESS, CITY AND STATE: **7116 W 86TH ST, BURBANK, IL 60459**

DESCRIPTION: **Middle Eastern, Male, 29, 6'0", 230 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

*(signed) Joseph T Wachowski*

Joseph Wachowski, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 3rd day of April, 2020.

*(signed) Joan C. Harenberg*
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **16-2015**

Tracking #: **433240**